# EXHIBIT 1

## DECLARATION OF DAVID C. POTTS

STATE OF ARIZONA          )
                          )   ss.
County of Maricopa        )

I, David C. Potts, declare as follows:

1.     I am over the age of 18 years and competent to testify to the matters set forth in this Declaration.

2.     I am the attorney for Defendants Flagstaff Arts and Leadership Academy, Andy Bessler, Jame Yih, Kyle Winfree, Jason Crawley, and Kara Kelty in *Cohen v. Flagstaff Arts and Leadership Academy, et al*, Arizona District Court Case No. 3:24-cv-08046-DLR.

3.     On May 19, 2023, Alden Thomas sent me an e-mail informing me that she represented Eli Cohen and that Mr. Cohen would be submitting a notice of claim against FALA, its Board of Directors, and some current or former FALA employees. She asked if I was authorized to accept service of the notice of claim. I obtained authorization to accept service of the notice of claim on behalf of the Board and FALA, but not any of the individually identified employees, and I informed Ms. Thomas of this on June 22, 2023. I clarified, on June 26, 2023, that I had authority to accept service on behalf of current Board members, so some individuals (like James Yih) would not be included. A copy of my e-mail exchange is attached as Exhibit 1.1 to this Declaration.

4.     On July 7, 2023, Ms. Thomas' assistant, Joy Brown, e-mailed me, Andy Bessler, Kyle Winfree, Jim Burton, Isaac Hayes, and Debra Edgerton a copy of Mr. Cohen's notice of claim. A copy of this e-mail is attached as Exhibit 1.2 to this Declaration, and a copy of the notice of claim (without exhibits) is attached as Exhibit 1.3. Separately, Ms. Brown sent me an e-mail, attached as Exhibit 1.4, providing me with an acceptance of service to execute. That acceptance of service is attached as Exhibit 1.5.

5.     Ms. Thomas followed up regarding the execution of the acceptance of service on July 24, 2023 and August 1, 2023. I responded on August 7, 2023,

1

informing her that the Board had changed as of July 5, 2023, so the acceptance of service needed to be changed to reflect the correct Board members. A copy of this e-mail exchange is attached as Exhibit 1.6.

6.      I did not receive any follow-up correspondence from Ms. Thomas or Ms. Brown regarding the correction of the acceptance of service or notice of claim until December 7, 2023, at which time Ms. Thomas informed me that she never received the acceptance of service back and that she maintains my clients had been served. A copy of this e-mail is attached as Exhibit 1.7.

7.      At no time was I served with the notice of claim by any means other than e-mail.

I declare under the penalty of perjury that the foregoing is true and correct.

Date:  June 7, 2024

_____
David C. Potts

# EXHIBIT 1.1

**DAVID POTTS**

---

| | |
|---|---|
| **From:** | DAVID POTTS |
| **Sent:** | Monday, June 26, 2023 9:29 AM |
| **To:** | 'Alden A. Thomas' |
| **Cc:** | Shelley Coffey; 'Laura A. Underwood' |
| **Subject:** | RE: Eli Cohen adv. FALA, et. al.: Notice of Claim |

Alden, in reviewing this, I want to make sure I'm clear: I can accept service for any *current* Board members. You mentioned James Yih, for example – he isn't on the Board at this point.

Sincerely,

David

---

**From:** DAVID POTTS
**Sent:** Thursday, June 22, 2023 1:04 PM
**To:** Alden A. Thomas <aat@jaburgwilk.com>
**Cc:** Shelley Coffey <SCoffey@Jshfirm.com>; Laura A. Underwood <lau@jaburgwilk.com>
**Subject:** RE: Eli Cohen adv. FALA, et. al.: Notice of Claim

Alden,

I have authority to accept service on behalf of the Board and FALA itself. I do not have authority to accept service for any individually identified employees. Let me know how you intend to proceed.

Sincerely,

David

---

**From:** Alden A. Thomas <aat@jaburgwilk.com>
**Sent:** Wednesday, June 14, 2023 10:01 AM
**To:** DAVID POTTS <DPotts@JSHFIRM.COM>
**Cc:** Shelley Coffey <SCoffey@Jshfirm.com>; Laura A. Underwood <lau@jaburgwilk.com>
**Subject:** RE: Eli Cohen adv. FALA, et. al.: Notice of Claim

**[External Sender]** This email originated from outside of Jones, Skelton & Hochuli. Do not reply, click any links or open attachments unless you recognize the sender, and know the content is safe.

Hi David,

Unless we hear back from you this week, we will assume you are not authorized to accept service and proceed accordingly.

Best,

  

### Alden A. Thomas
**Partner | Jaburg Wilk**
👤 602.248.1010 | ✉ aat@jaburgwilk.com

---

**From:** Alden A. Thomas
**Sent:** Wednesday, May 31, 2023 12:13 PM
**To:** DAVID POTTS <DPotts@JSHFIRM.COM>
**Cc:** Joy J. Brown <jjb@jaburgwilk.com>; Shelley Coffey <SCoffey@Jshfirm.com>
**Subject:** RE: Eli Cohen adv. FALA, et. al.: Notice of Claim

Hi David,

I am following up on this. When do you anticipate being able to get back to me on whether you are authorized to accept service?

Best,

 

### Alden A. Thomas
**Partner | Jaburg Wilk**
👤 602.248.1010 | ✉ aat@jaburgwilk.com

---

**From:** DAVID POTTS <DPotts@JSHFIRM.COM>
**Sent:** Friday, May 19, 2023 3:29 PM
**To:** Alden A. Thomas <aat@jaburgwilk.com>
**Cc:** Joy J. Brown <jjb@jaburgwilk.com>; Shelley Coffey <SCoffey@Jshfirm.com>
**Subject:** RE: Eli Cohen adv. FALA, et. al.: Notice of Claim


Alden,

Let me confirm that I am authorized to accept service of the notice of claim (there may be some need for Board action regarding that), but I expect the answer will be yes. I will get back to you as soon as possible on that question.

Sincerely,

David

---

**From:** Alden A. Thomas <aat@jaburgwilk.com>
**Sent:** Friday, May 19, 2023 3:27 PM
**To:** DAVID POTTS <DPotts@JSHFIRM.COM>
**Cc:** Joy J. Brown <jjb@jaburgwilk.com>
**Subject:** Eli Cohen adv. FALA, et. al.: Notice of Claim

> **[External Sender]** This email originated from outside of Jones, Skelton & Hochuli. Do not reply, click any links or open attachments unless you recognize the sender, and know the content is safe.

Hi David,

Our firm represents Eli Cohen, the former Executive Director of Flagstaff Arts & Leadership Academy ("FALA"). Mr. Cohen will be submitting a notice of claim against FALA, its Board of Directors (which consists of Kyle Winfree, Andy Bessler, Isaac Hayes, Debra Edgerton, James Yih, and Jim Burton), and current/former FALA employees Jason Crawley, Alison Gruber, Jonathan McIntyre, and Kara Kelty.

As you represent FALA in other employment disputes, I'm reaching out to inquire whether you are authorized to accept service of the notice of claim for any and/or all the parties listed above. Please advise ASAP so that Mr. Cohen can make arrangements to serve any parties for whom you are not authorized to accept service.

Should you have any questions, please do not hesitate to contact me.

Thank you,



**Alden A. Thomas**
**Partner** | Jaburg Wilk
📍 3200 North Central Avenue, Suite 2000 | Phoenix, Arizona 85012
📠 602.248.1010 | 📞 602.248.1000 | 📠 602.248.0522
Bio Page  |  ✉ aat@jaburgwilk.com  |  🌐 www.jaburgwilk.com

This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602)248-1000, or via e-mail, and delete this message and all attachments thereto.

This electronic mail transmission contains information from the law firm Jones, Skelton & Hochuli, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (602) 263-1700. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

# EXHIBIT 1.2

## DAVID POTTS

| | |
|---|---|
| **From:** | Joy J. Brown <jjb@jaburgwilk.com> |
| **Sent:** | Friday, July 7, 2023 7:25 PM |
| **To:** | DAVID POTTS; Andy Bessler (abessler@flagarts.com); Kyle Winfree (kwinfree@flagarts.com); Jim Burton (jburton@flagarts.com); Isaac Hayes (ihayes@flagarts.com); Debra Edgerton (dedgerton@flagarts.com) |
| **Cc:** | Alden A. Thomas; Shelley Coffey |
| **Subject:** | FW: Eli Cohen adv. FALA, et. al.: Notice of Claim |
| **Attachments:** | Attachments.html |

**[External Sender]** This email originated from outside of Jones, Skelton & Hochuli. Do not reply, click any links or open attachments unless you recognize the sender, and know the content is safe.

Hello Mr. Potts and FALA Board Members,

Per attorney Alden Thomas, attached is a PDF of Eli Cohen's Notice of Claim with Exhibits 1-14.

Mr. Potts has indicated to Ms. Thomas that he has been authorized to accept service on behalf of all current FALA Board members.

We are sending the attachments via Citrix/Sharefile as the Notice of Claim with Exhibits is a larger PDF (12 MB).  Citrix/Sharefile will require your name and email address to access and download.



Thank you.



**Joy J. Brown** | Jaburg Wilk

**Legal Assistant** to Aaron K. Haar and Alden A. Thomas
3200 North Central Avenue, Suite 2000 | Phoenix, Arizona 85012
Direct:  602.248.1085 | Main:  602.248.1000 | Fax:  602.248.0522
Email:  jjb@jaburgwilk.com |  www.jaburgwilk.com

This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602)248-1000, or via e-mail, and delete this message and all attachments thereto.

**From:** Alden A. Thomas <aat@jaburgwilk.com>
**Sent:** Monday, June 26, 2023 9:30 AM
**To:** Joy J. Brown <jjb@jaburgwilk.com>
**Subject:** FW: Eli Cohen adv. FALA, et. al.: Notice of Claim

**From:** DAVID POTTS <DPotts@JSHFIRM.COM>
**Sent:** Monday, June 26, 2023 9:29:19 AM (UTC-07:00) Arizona
**To:** Alden A. Thomas <aat@jaburgwilk.com>
**Cc:** Shelley Coffey <SCoffey@Jshfirm.com>; Laura A. Underwood <lau@jaburgwilk.com>
**Subject:** RE: Eli Cohen adv. FALA, et. al.: Notice of Claim

Alden, in reviewing this, I want to make sure I'm clear: I can accept service for any *current* Board members. You mentioned James Yih, for example – he isn't on the Board at this point.

Sincerely,

David

**From:** DAVID POTTS
**Sent:** Thursday, June 22, 2023 1:04 PM
**To:** Alden A. Thomas <aat@jaburgwilk.com>
**Cc:** Shelley Coffey <SCoffey@Jshfirm.com>; Laura A. Underwood <lau@jaburgwilk.com>
**Subject:** RE: Eli Cohen adv. FALA, et. al.: Notice of Claim

Alden,

I have authority to accept service on behalf of the Board and FALA itself. I do not have authority to accept service for any individually identified employees. Let me know how you intend to proceed.

Sincerely,

David

**From:** Alden A. Thomas <aat@jaburgwilk.com>
**Sent:** Wednesday, June 14, 2023 10:01 AM
**To:** DAVID POTTS <DPotts@JSHFIRM.COM>

**Cc:** Shelley Coffey <SCoffey@Jshfirm.com>; Laura A. Underwood <lau@jaburgwilk.com>
**Subject:** RE: Eli Cohen adv. FALA, et. al.: Notice of Claim

**[External Sender]** This email originated from outside of Jones, Skelton & Hochuli. Do not reply, click any links or open attachments unless you recognize the sender, and know the content is safe.

Hi David,

Unless we hear back from you this week, we will assume you are not authorized to accept service and proceed accordingly.

Best,



**Alden A. Thomas**
Partner | Jaburg Wilk
602.248.1010 | aat@jaburgwilk.com

---

**From:** Alden A. Thomas
**Sent:** Wednesday, May 31, 2023 12:13 PM
**To:** DAVID POTTS <DPotts@JSHFIRM.COM>
**Cc:** Joy J. Brown <jjb@jaburgwilk.com>; Shelley Coffey <SCoffey@Jshfirm.com>
**Subject:** RE: Eli Cohen adv. FALA, et. al.: Notice of Claim

Hi David,

I am following up on this. When do you anticipate being able to get back to me on whether you are authorized to accept service?

Best,



**Alden A. Thomas**
Partner | Jaburg Wilk
 602.248.1010 | aat@jaburgwilk.com

---

**From:** DAVID POTTS <DPotts@JSHFIRM.COM>
**Sent:** Friday, May 19, 2023 3:29 PM
**To:** Alden A. Thomas <aat@jaburgwilk.com>
**Cc:** Joy J. Brown <jjb@jaburgwilk.com>; Shelley Coffey <SCoffey@Jshfirm.com>
**Subject:** RE: Eli Cohen adv. FALA, et. al.: Notice of Claim


Alden,

Let me confirm that I am authorized to accept service of the notice of claim (there may be some need for Board action regarding that), but I expect the answer will be yes. I will get back to you as soon as possible on that question.

Sincerely,

David

---

**From:** Alden A. Thomas <aat@jaburgwilk.com>
**Sent:** Friday, May 19, 2023 3:27 PM
**To:** DAVID POTTS <DPotts@JSHFIRM.COM>
**Cc:** Joy J. Brown <jjb@jaburgwilk.com>
**Subject:** Eli Cohen adv. FALA, et. al.: Notice of Claim

> **[External Sender]** This email originated from outside of Jones, Skelton & Hochuli. Do not reply, click any links or open attachments unless you recognize the sender, and know the content is safe.

Hi David,

Our firm represents Eli Cohen, the former Executive Director of Flagstaff Arts & Leadership Academy ("FALA"). Mr. Cohen will be submitting a notice of claim against FALA, its Board of Directors (which consists of Kyle Winfree, Andy Bessler, Isaac Hayes, Debra Edgerton, James Yih, and Jim Burton), and current/former FALA employees Jason Crawley, Alison Gruber, Jonathan McIntyre, and Kara Kelty.

As you represent FALA in other employment disputes, I'm reaching out to inquire whether you are authorized to accept service of the notice of claim for any and/or all the parties listed above. Please advise ASAP so that Mr. Cohen can make arrangements to serve any parties for whom you are not authorized to accept service.

Should you have any questions, please do not hesitate to contact me.

Thank you,



**Alden A. Thomas**
Partner | Jaburg Wilk
3200 North Central Avenue, Suite 2000 | Phoenix, Arizona 85012
602.248.1010 | 602.248.1000 | 602.248.0522
Bio Page | aat@jaburgwilk.com | www.jaburgwilk.com



This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602)248-1000, or via e-mail, and delete this message and all attachments thereto.

This electronic mail transmission contains information from the law firm Jones, Skelton & Hochuli, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (602) 263-1700. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S.

federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

This electronic mail transmission contains information from the law firm Jones, Skelton & Hochuli, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (602) 263-1700. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

# EXHIBIT 1.3



3200 N. Central Avenue, 20th Floor, Phoenix, AZ 85012

jaburgwilk.com

**Alden A. Thomas**

aat@jaburgwilk.com
602.248.1010 - Direct Phone
602.248.0522 - Main Fax

July 7, 2023

*Via email to parties and counsel of record*                    *Via personal service on:*
  David C. Potts - DPotts@jshfirm.com

Mr. Andy Bessler, Board President                                Mr. Jason Crawley
abessler@flagarts.com                                            Ms. Alison Gruber
Dr. Kyle Winfree, Board Vice President                           Mr. Jonathan McIntyre
kwinfree@flagarts.com                                            Ms. Kara Kelty
Mr. Jim Burton, Board Treasurer                                  Mr. James Yih
jburton@flagarts.com
Mr. Isaac Hayes, Board Secretary
ihayes@flagarts.com
Ms. Debra Edgerton, Board Member
dedgerton@flagarts.com

Flagstaff Arts & Leadership Academy
3491 N. Fort Valley Rd.
Flagstaff, AZ 86001

     Re:    *Eli Cohen – Notice of Claim pursuant to A.R.S. § 12-821.01*

Dear Flagstaff Arts & Leadership Academy Board of Directors, et al.:

    This firm represents Eli Cohen with regard to his claims against Flagstaff Arts & Leadership Academy ("FALA") and members of its Board of Directors ("the Board"), including Andy Bessler, Kyle Winfree, Jim Burton, Isaac Hayes, and Debra Edgerton, and, for breach of contract, wrongful termination, violation of his Constitutional rights under 42 U.S.C. § 1983, defamation, intentional infliction of emotional distress, and intentional interference with contract and/or business expectancies. Mr. Cohen also has claims for defamation against current and former FALA employees Jason Crawley, Alison Gruber, Jonathan McIntyre, and Kara Kelty, and former Board Member James Yih. [1]

    As set forth herein, the Board repeatedly retaliated against Mr. Cohen when he began speaking out about the Board's unlawful and unethical conduct. Kyle Winfree, a Board member, defamed Mr. Cohen by reporting to the police, the Board of Education and the FALA community at large that Mr. Cohen engaged in criminal behavior. He and other Board members also defamed Mr. Cohen by

---

[1] To the extent that any current/former FALA employee or Board member's conduct referenced herein was outside the scope and course of their respective employment and/or positions as Board members, Mr. Cohen also has claims against them in the individual capacities

Flagstaff Arts & Leadership Academy
Board of Directors, et al.
July 7, 2023
Page 2

**JABURG WILK**
LAW FIRM

repeatedly making materially false allegations about him, including but not limited to claims that he stole school funds, during Board meetings and to several third parties outside of Board meetings. Furthermore, Mr. Crawley, Ms. Gruber, Dr. McIntyre, and Ms. Kelty and Mr. Yih have repeatedly defamed Mr. Cohen by repeatedly making false allegations related to Mr. Cohen's actions taken within the course and scope of his employment.

FALA ultimately wrongfully terminated Mr. Cohen in retaliation for reporting FALA's unlawful conduct and exercising his First Amendment right to free speech. Furthermore, FALA has improperly taken steps to interfere with Mr. Cohen's efforts to secure new employment. All of this conduct has led Mr. Cohen to suffer from severe emotional distress.

This letter is intended to be a Notice of Claim pursuant to and compliant with A.R.S. § 12-821.01. If for any reason you believe it is insufficient as a notice of claim in any aspect, we ask that you immediately inform the undersigned of your position and provide our client with an opportunity to cure the claimed defect. The following is a summary of the facts and our client's legal claims.

## I.  Factual Background

The Board provides general oversight over FALA. It also holds public meetings once a month, where it serves as a liaison between FALA and members of the public. The Board is not responsible for managing FALA's daily operations. Instead, that is handled by FALA's Executive Director, who is FALA's highest ranking employee.

Mr. Cohen was previously employed as FALA's Executive Director. Mr. Cohen entered into a three-year employment contract with FALA that commenced on July 1, 2022 ("the Contract"). *See* **Exhibit 1**. Pursuant to the Contract, FALA could only discharge Mr. Cohen for good cause. It further states the Board may "not  arbitrarily or capriciously call for [Mr. Cohen's] dismissal."

In or around September or October 2022, Board members, including Dr. Kyle Winfree, demanded to be included in meetings to which Board members did not traditionally participate. For example, he demanded to be included in meetings Mr. Cohen led related to FALA's marketing efforts.

Mr. Cohen explained to Dr. Winfree that it was important for the Board and FALA employees to respect their distinct roles. As the Board was not responsible for overseeing FALA's day-to-day operations, Mr. Cohen thought it was inappropriate for Dr. Winfree to attend such meetings as the Board's oversight role is distinct from the Executive Director's operational role. This was consistent with FALA's policies, which outline the separate roles the parties play in great detail.

Indeed, FALA's Governing Body Communications with Staff Members policy expressly directs FALA employees to communicate school  and employment-related matters to the administrative level. Employees are only to communicate such issues to the Board after the employee "exhausts the opportunity of discussing a matter at the various administrative levels." In short FALA's policies make clear the Board plays a fundamentally different role from FALA employees, including the Executive Director.

Flagstaff Arts & Leadership Academy
Board of Directors, et al.
July 7, 2023
Page 3

**JABURG WILK**
LAW FIRM

The Board did not take kindly to Mr. Cohen's concerns and began looking for ways to harass and get rid of him, including looking for unwarranted reasons to discipline him. For example, the Board accused Mr. Cohen of acting inappropriately when he did not immediately report that a child had attempted to run off campus and ultimately disenrolled from FALA. Of course, such an issue was not under the Board's oversight. Nevertheless, Mr. Cohen reported the issue at the next regularly scheduled Board meeting, which was consistent with FALA's policies.

Undeterred, the Board began soliciting disparaging information about Mr. Cohen from former disgruntled employees simply to manufacture a basis to discipline Mr. Cohen. Beginning in or around October 2022, Mr. Cohen began speaking out about the Board's unlawful/unethical conduct and harassment of FALA employees. As just one example, Mr. Cohen began reporting concerns about the Board's violations of open meeting laws during Board meetings.

In retaliation, the Board actively took steps to publicly target and humiliate Mr. Cohen. On October 21, 2022, the Board issued an agenda for its upcoming meeting on October 24, 2022 that included the following action items:

> *Discussion and possible action regarding formal or informal disciplinary or corrective action against Executive Director Eli Cohen. (*Possible executive session per A.R.S. 38-431.03(A)(1) (personnel) and A.R.S. 38-431.03(A)(3) (advice from legal counsel).*

*See* **Exhibit 2**.

During the October 24 meeting, Mr. Cohen raised concerns about the legality of the Board's conduct. Among other things, Mr. Cohen again reported he believed the Board (and FALA at large) was violating open meeting laws. On November 6, 2022, the Board formally reprimanded Mr. Cohen for this and for "questioning the legality of the Board's actions" during a public meeting held on November 4. **Exhibit 3**.

On December 1, 2022, Mr. Cohen filed a formal grievance against the Board and FALA. *See* **Exhibit 4**. The grievance detailed the Board's ongoing harassment, defamatory statements, violations of open meeting laws and FALA policies, etc. In retaliation, the Board reassigned Mr. Cohen to work from home less than two weeks later. *See* **Exhibit 5**.

Mr. Cohen and other FALA employees, including Christina Wolfe and Lauren Botti, spoke out against the Board's obvious retaliatory conduct during Board meetings and in their communications to the Board. On December 22, 2022, Dr. Winfree further retaliated by publicly accusing Mr. Cohen, Ms. Wolfe, Ms. Botti, and other FALA employees who reported concerns to the Board of conspiring to kidnap his child. Dr. Winfree went so far as to file a police report related to this wildly false allegation. *See* **Exhibit 6**.

In that report, Dr. Winfree alleged that "someone" posed as his wife and called FALA in an attempt to kidnap his daughter from school, notwithstanding the fact that his daughter was at home during the alleged incident. Further, Dr. Winfree falsely reported Mr. Cohen, and other FALA

Flagstaff Arts & Leadership Academy
Board of Directors, et al.
July 7, 2023
Page 4

**JABURG WILK**

LAW FIRM

employees who raised concerns to the Board, as potential suspects. Upon information and belief, Mr. Cohen was only listed as a potential suspect because he raised concerns to the FALA Board.

Dr. Winfree also shared his false allegations against Mr. Cohen with other parties in the FALA community. Furthermore, he falsely and publicly accused Mr. Cohen of failing to report child abuse, stealing school funds, and of falsifying records. He also reported these false allegations to the State Board of Education. Mr. Cohen repeatedly reported to FALA that Dr. Winfree's allegations were defamatory and retaliatory, which resulted in further retaliation.

The Flagstaff police department concluded Dr. Winfree's allegations were meritless. Mr. Cohen again reported to the Board that he believed Dr. Winfree's conduct was unlawful and unethical. The Board failed to take any action.

Instead, on January 26, 2023, The Board submitted a Notice of Intent to Dismiss and Statement of Charges to Mr. Cohen. **Exhibit 7**. Therein, the Board yet again knowingly made defamatory statements about Mr. Cohen that have objectively been proven to be false. For example, the Board has publicly accused Mr. Cohen of criminal conduct, including stealing $1,500 of school funds by approving an unauthorized stipend contract for himself.

However, FALA's Finance Committee's July 18, 2022 meeting minutes reflect it discussed the "Non Traditional Salary (Stipend) Schedule" ("Stipend Schedule"). *See* **Exhibit 8**. The Stipend Schedule confirmed that Mr. Cohen was approved to receive a semi-annual stipend of $1,500, the very amount he allegedly "stole" from FALA. *See* **Exhibit 9**.

Nevertheless, the Board has continued to harass Mr. Cohen by filing a false police report related to the alleged "theft." Interestingly, the Board first alleged Mr. Cohen stole these funds while he was still employed by FALA, but FALA never attempted to withhold $1,500 from Mr. Cohen's paychecks to recoup the money that he allegedly stole. It did not do so because it had no valid basis for asserting Mr. Cohen stole those funds.

Furthermore, the Board cited the fact that Mr. Cohen was being investigated by the State Board of Education as a justification for his termination. Of course, Mr. Cohen is being investigated because Dr. Winfree has falsely accused him of engaging in criminal behavior. The Board has defamed Mr. Cohen by repeating this and other allegations referenced in the Notice of Intent to Dismiss to FALA employees and parents, reporters, and other third parties.

Incredibly, on January 14, 2023, Dr. Winfree admitted in an email sent to Ms. Botti, her husband, and other Board members that he named Mr. Cohen and others who reported concerns to the Board as persons of interest in the police report despite having no valid basis for doing so, noting:

> I named Lauren, Anna Marie, Christina, and Eli [Cohen] because I was grasping at straws, trying to find a place to start. That does not indicate that I think any of the four of them would kidnap a kid - I provided names that came to mind based on who I think disliked me the most.

*See* **Exhibit 10**.

JABURG WILK
LAW FIRM

Notwithstanding Dr. Winfree's admission that his allegations against Mr. Cohen are untrue, Mr. Cohen's termination hearing took place on February 16-17, 2023. Although FALA bore the burden of proof, it presented only one witness: Jason Crawley, FALA's facilities manager. Mr. Crawley had no direct knowledge of any information purportedly supporting the vast majority of allegations made against Mr. Cohen. Nevertheless, Mr. Crawley filed a false police report about Mr. Cohen falsifying records and repeated these allegations to members of the FALA community and other third parties.

Mr. Crawley's testimony was limited to allegations that Mr. Cohen failed to timely pay Mr. Crawley's company's invoices. Of course, FALA failed to furnish supporting invoices, and Mr. Crawley could not even identify what the company is allegedly owed nor the work it performed for which it is has not been paid. Of course, this is because FALA's own financial records demonstrate the company was paid in full. Upon information and belief, Mr. Crawley told other third parties outside of this context that Mr. Cohen failed to pay his companies invoices, which further damaged Mr. Cohen's reputation.

Furthermore, FALA relied on a statement written by Kara Kelty, who performed Mr. Cohen's job duties while he was on administrative leave. Ms. Kelty did not testify at the hearing. However, her written statement accused Mr. Cohen of failing to comply with state and federal laws, failing to provide teachers training on safety procedures, etc. *See* **Exhibit 11**. Ms. Kelty has repeated such false allegations to third parties in addition to making other defamatory statements related to Mr. Cohen's performance as the Executive Director. Upon information and belief, she knowingly defamed Mr. Cohen, in part, because she stood to fill his role permanently if the Board terminated him.

Even more troubling, FALA retained Nathan Schott as its counsel at the termination hearing. FALA voluntarily disclosed several exhibits that confirmed Mr. Schott provided Mr. Cohen legal advice in his capacity as FALA's Executive Director, including Mr. Schott's communications with Mr. Cohen and the Board. *See, e.g.,* **Exhibit 12**; **Exhibit 13**. Because FALA contends Mr. Schott's communications with Mr. Cohen and the Board supported its position that Mr. Cohen should be terminated, Mr. Schott was/is a witness in this matter.

Among other purported justifications for Mr. Cohen's termination referenced in the Notice of Intent to Dismiss and Statement of Charges, the Board faulted Mr. Cohen for following Mr. Schott's legal advice with respect to his authority to extend employment contracts pending Board approval and his Mr. Schott's directive to hire Ms. Wolfe's replacement following her departure from FALA.

This is just one of several instances in which Mr. Cohen, in his capacity as FALA's Executive Director, acted in accordance with Mr. Schott's legal advice, and the Board apparently faults Mr. Cohen for doing so. Despite the obvious and egregious conflict of interest, Mr. Schott nevertheless represented FALA at the termination hearing, in violation of Arizona Rules of Professional Conduct 1.7, 1.8, 1.9 and/or 1.13.

Mr. Schott impermissibly attempted to testify when questioning Mr. Cohen because FALA presented no witnesses who could rebut Mr. Cohen's testimony about his reliance upon Mr. Schott's legal advice to his detriment. Pursuant to Arizona Rule of Professional Conduct 3.7(a), attorneys may not act as advocates in proceedings wherein they are witnesses except in very limited circumstances not

**JABURG WILK**

LAW FIRM

present here. The numerous ethical dilemmas created by Mr. Schott's representation of FALA as an adverse party to Mr. Cohen severely prejudiced his right to a fair and impartial termination hearing.

Although Mr. Cohen did not bear the burden of proof at the termination hearing, he submitted a written closing statement that responded to all of the allegations made against him and cited evidence demonstrating they were objectively untrue. *See* **Exhibit 14**. Nevertheless, Dr. Rene Diaz, the hearing officer FALA unilaterally selected to preside over Mr. Cohen's termination hearing, submitted written "findings of fact" that blindly adopted FALA's positions. Curiously, his "findings of fact" fail to cite any evidence whatsoever. As just one example, Dr Diaz concluded:

> At the public Board meeting on January 10, 2023, Mr. Cohen disclosed confidential information in the Google Meets chat. He revealed that the daughter of a Board member is the recipient of Special Education services. Mr. Cohen not only jeopardized the student and family by revealing confidential information, but also jeopardized the legal standing of the school.

**Exhibit 15, Hearing Officer Decision.**

Of course, Dr. Diaz cited no evidence supporting this finding because FALA presented none. FALA's sole witness, Mr. Crawley, did not even attend the meeting at issue. Mr. Cohen was the only witness who testified about the underlying events, and his testimony did not support FALA"s allegations against him.

The Board adopted Dr. Diaz's "findings of fact" and voted to terminate Mr. Cohen's employment. Although the Board initially honored Mr. Cohen's request to discuss the Board's basis for terminating his employment during executive session pursuant to A.R.S. § 38-431.03(A)(1), the Board subsequently chose to read Dr. Diaz's "findings of fact" during an open meeting for the sole purpose of humiliating Mr. Cohen. Again, these findings are false and supported by no evidence whatsoever. The Board materially harmed Mr. Cohen's reputation as a consequence. Indeed, the Board's false statements were subsequently published in several newspaper articles.

Furthermore, the Arizona Daily Sun published an article about Mr. Cohen on February 23, 2023. Therein, Alison Gruber, who was previously employed by FALA as a teacher, was quoted as alleging Mr. Cohen was part of FALA's "administrative failings" and that he "had checked out completely from interest in what was happening at the school." Furthermore, she stated: "Basically what I see are people collecting paychecks, especially the executive director, who has no interest or investment in that school or the safety of the students in the school." These statements were false and damaged Mr. Cohen's reputation.

As a proximate result of the Board, Mr. Yih, Mr. Crawley, Ms. Gruber, and Ms. Kelty's conduct, Mr. Cohen has been unable to secure new employment. Indeed, prospective employers have explicitly rescinded job offers or told him they will not hire him due to the Board and these individuals' outrageous and false allegations against him, which are in the public domain.

Flagstaff Arts & Leadership Academy
Board of Directors, et al.
July 7, 2023
Page 7

**JABURG WILK**

LAW FIRM

For example, such allegations have been repeated and discussed on social media platforms, in newspaper articles, etc. Someone has even gone so far as to send an anonymous letter to at least one of Mr. Cohen's prospective employer that characterized him as a "criminal" and urged the prospective employer to not hire him. Indeed, the prospective employer rescinded its original job offer and/or declined to hire Mr. Cohen as a result of these issues. Mr. Cohen has reason to believe other prospective employers have declined to hire him for the same reasons.

Upon information and belief, the Board either sent this letter or directed someone else to send this letter to Mr. Cohen's prospective employer(s). The Board has demonstrated a pattern and practice of soliciting disparaging information and/or letters from third-parties. For example, during an April 24, 2023 Board meeting, Dr. Winfree read a letter disparaging Mr. Cohen that was purportedly authored by Jonathan McIntyre, who is currently employed by FALA.

Among other things, Dr. McIntyre falsely alleged Mr. Cohen "neglected or destroyed" FALA. Incredibly, Dr. McIntyre acknowledged, "I've never met [Mr. Cohen], I hope I never do." It is unclear why Mr. McIntyre would feel compelled to send the Board a letter disparaging Mr. Cohen when he had never even met him. Nevertheless, the Board had no legitimate basis to read this letter aloud at a public Board meeting beyond the desire to humiliate Mr. Cohen. FALA had already terminated his employment well before this meeting took place. Upon information and belief, the Board has knowingly made false statements to Mr. Cohen's prospective employers to sabotage his efforts to secure new employment.

## II.     Legal Claims

### A.     Breach of Contract

FALA is liable for breaching the Contract. "To state a cause of action for breach of contract, the Plaintiff must plead facts alleging (1) a contract exists between the plaintiff and defendant; (2) the defendant breached the contract; and (3) the breach resulted in damage to plaintiff." *Hannibal-Fisher v. Grand Canyon Univ.*, 523 F. Supp. 3d 1087, 1093 (D. Ariz. 2021) (citation and punctuation omitted).

There is no dispute that the Contract is a valid and enforceable employment contract between FALA and Mr. Cohen. Pursuant to the Contract's terms, FALA could only terminate Mr. Cohen's employment for good cause. Furthermore, it states the Board may "not  arbitrarily or capriciously call for [Mr. Cohen's] dismissal."

FALA/the Board breached the Contract when it terminated Mr. Cohen without good cause, arbitrarily calling for his dismissal. As a consequence of FALA's actions, Mr. Cohen has suffered damages, including but not limited to, lost wages, lost benefits, etc. Despite Mr. Cohen's best efforts, he remains unemployed. Thus, his damages continue to increase on a daily basis.

### B.     Wrongful Termination

Pursuant to A.R.S. § 23-1501(A)(3)(c)(ii), "An employee has a claim against an employer for termination of employment if . . . the employer has terminated the employment relationship of an

Flagstaff Arts & Leadership Academy
Board of Directors, et al.
July 7, 2023
Page 8

**J A B U R G · W I L K**

LAW FIRM

employee in retaliation for . . . the disclosure by the employee in a reasonable manner that the employee has information or a reasonable belief that the employer, or an employee of the employer, has violated, is violating or will violate the Constitution of Arizona or the statutes of this state to either the employer or a representative of the employer . . ."

FALA terminated Mr. Cohen in retaliation for reporting the Board violated A.R.S. § 38-532(A), which provides, "It is a prohibited practice for an employee who has control over personnel actions to take reprisal against an employee for a disclosure of information or matter of public concern by the employee to a public body that the employee reasonably believes evidences . . . a violation of law." FALA's board is a "public body." *See* A.R.S. § 38-531(5) (defining a "public body" as a "governing board of a . . . school FALA"). Mr. Cohen FALA's "employee." *See* A.R.S. § 38-531(1) (defining a "employee" as a "employees and officers of . . . school FALAs").

Within just a few weeks of Ms. Cohen expressing concerns about the Board's conduct, the Board began retaliating by disciplining him, including formally reprimanding him for voicing concerns about violating open meeting laws (A.R.S. § 38-431, *et seq.*), reassigning him to work from home, and ultimately, terminating his employment.

Furthermore, FALA terminated Mr. Cohen for reporting his reasonable belief that FALA (and Dr. Winfree specifically) violated Arizona law by making false reports about Mr. Cohen to the police and the Board of Education Pursuant to Arizona law:

> It is unlawful for a person to knowingly make to a law enforcement agency of either this state or a political subdivision of this state a false, fraudulent or unfounded report or statement or to knowingly misrepresent a fact for the purpose of interfering with the orderly operation of a law enforcement agency or misleading a peace officer.

A.R.S. § 13-2907.01. Indeed, Dr. Winfree has already acknowledged, in writing, that his allegations about Mr. Cohen conspiring to kidnap his child are false. Dr. Winfree made these allegations to retaliate against Mr. Cohen and to mislead the police.

Lastly, FALA terminated Mr. Cohen in retaliation for reporting the Board violated his free speech rights under the Article II, Section 6 of the Arizona constitution. Indeed, FALA explicitly reprimanded Mr. Cohen for raising concerns about the legality of Board's the conduct during Board meetings.

## C.     42 U.S.C. § 1983

FALA and each Board member may be held liable for violating Ms. Cohen's constitutional rights. Pursuant to 42 U.S.C. § 1983:

> Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws,

J A B U R G · W I L K

LAW FIRM

shall be liable to the party injured in an action at law, suit in equity, or other proper
proceeding for redress.

Board members qualify as "persons" acting under color of state law under this statute. *See Harris v.
Ariz. Bd. Of Regents*, 528 F. Supp. 987, 991-992 (D. Ariz. 1981).

The statute incorporates constitutional rights, including the right to freedom of speech afforded
by the First Amendment and the right to due process afforded by the Fourteenth Amendment. *See West
v. Atkins*, 487 U.S. 42, 48, 108 S. Ct. 2250, 2254–55, 101 L. Ed. 2d 40 (1988) ("To state a claim under §
1983, a plaintiff must allege the violation of a right secured by the Constitution and laws of the United
States, and must show that the alleged deprivation was committed by a person acting under color of state
law.").

Acting under color of state law, the Board violated Mr. Cohen's First Amendment rights by
reprimanding him and ultimately terminating his employment in retaliation for voicing his legitimate
concerns to and about the Board. The Board also retaliated by repeatedly making defamatory statements
about Mr. Cohen, including that he engaged in criminal activity.

Furthermore, because the Contract made clear that Mr. Cohen could only be terminated for
cause, he had a property interest in his job. *See Deuel v. Ariz. State Sch. for Deaf & Blind*, 165 Ariz.
524, 526 (Ct. App. 1990) (holding public school physical education instructor had a property interest in
her job). Accordingly, FALA was required to afford him due process before terminating his employment
and thereby, depriving him of his property interest. *Id.*

The Board violated Mr. Cohen's Fourteenth Amendment due process rights by failing to provide
him an adequate and fair hearing before terminating his employment. Among other things, a valid due
process hearing requires:

"the opportunity to confront and cross-examine available adverse witnesses."

"a fair-minded and impartial decision maker."

"a written statement by the fact-finders as to the evidence relied upon and the reasons for
the determination made."

*Id.* at 527 (punctuation omitted); *see also Goldberg v. Kelly*, 397 U.S. 254, 271 (1970).

FALA failed to present supporting evidence notwithstanding the fact that it bore the burden of
proof.  It presented only one witness who could not (and did not) testify about the vast majority of
FALA's allegations against Mr. Cohen. Mr. Schott attempted to testify as FALA's counsel while
questioning Mr. Cohen, and Mr. Cohen was never afforded the opportunity to cross-examine him.

Moreover, Mr. Cohen was not provided a neutral hearing officer. Dr. Diaz's "findings of fact"
failed to cite any evidence allegedly supporting his findings, which conveniently were perfectly aligned
with the Board's allegations against Mr. Cohen. Finally, the Board further violated Mr. Cohen's rights

Flagstaff Arts & Leadership Academy
Board of Directors, et al.
July 7, 2023
Page 10

by blindly adopting Dr. Diaz's "finding of facts" when terminating Mr. Cohen when FALA failed to furnish evidence to meet its burden of proof.

### D.    Defamation

Mr. Cohen has a claim for defamation against FALA, each member of the Board, Mr. Yih, Mr. Crawley, Ms. Gruber, and Ms. Kelty. To establish a prima facie case for defamation, Mr. Cohen will show they: "(1) published a false and defamatory statement concerning the person, (2) knew the statement was false and defamed [her], and (3) acted in reckless disregard of these matters or negligently failed to ascertain them." *Peagler v. Phoenix Newspapers, Inc*., 114 Ariz. 309, 315, 560 P.2d 1216, 1222 (1977).

The Board defamed Mr. Cohen by, among other things, repeatedly telling third parties that he engaged in criminal conduct, including but not limited to stealing school funds. Furthermore, Dr. Winfree knowingly falsely accused Mr. Cohen of conspiring to kidnap his child, failing to report child abuse, and falsifying records. Because these statements attribute criminal conduct to Mr. Cohen and injure him within the educational community, the damage to his reputation is presumed and does not need to be proven. *See Boswell v. Phoenix Newspapers, Inc.*, 152 Ariz. 1, 730 P.2d 178 (Ct. App. 1985).

Similarly, the Board, Mr. Yih, Mr. Crawley, Ms. Gruber, Dr. McIntyre, and Ms. Kelty, defamed Mr. Cohen by knowingly making false allegations about Mr. Cohen's actions taken in his capacity as FALA's Executive Director. Arizona law presumes damages when defamatory statements "tend to injure a person in his or her profession, trade or business." *Boswell v. Phoenix Newspapers, Inc.*, 152 Ariz. 1, 6, 730 P.2d 178, 183  n. 4 (Ct. App. 1985).

To the extent FALA will take the position that statements the Board and/or its employees made at Board meetings are subject to an absolute privilege, it is mistaken. *See Connor v. Timothy*, 43 Ariz. 517, 525, 33 P.2d 293, 296 (1934) (affirming judgement for slander case involving a teacher who sued a board member). Nevertheless, the Board, Mr. Yih, Mr. Crawley, and Ms. Kelty repeatedly made false statements about Mr. Cohen to third parties outside of the context of Board meetings/administrative proceedings, and such statements are not privileged.

### E.    Intentional Infliction of Emotional Distress

Mr. Cohen also has a claim against FALA/the Board for intentional infliction of emotional distress. To establish a prima facie case, a plaintiff must demonstrate: (1) the defendant engaged in extreme and outrageous conduct; (2) the defendant either intended to cause emotional distress or reckless disregard of the near certainty that such distress will result from the defendant's conduct; and (3) the plaintiff suffered severe emotional distress as a result of the defendant's conduct. *Craig v. M & O Agencies, Inc.*, 496 F.3d 1047, 1058 (9th Cir. 2007).

Mr. Cohen can easily establish a claim for intentional infliction of emotional distress. FALA/the Board have taken steps to humiliate Mr. Cohen, including but not limited to, publicly accusing him of criminal conduct. The Board has also read disparaging letters and made disparaging remarks about

Flagstaff Arts & Leadership Academy
Board of Directors, et al.
July 7, 2023
Page 11

**J A B U R G** **W I L K**
LAW FIRM

Mr. Cohen even after he was terminated. The Board had no legitimate basis for doing so. Mr. Cohen has suffered severe emotional distress as a result of this conduct.

**F.    Intentional Interference with Contract and/or Business Expectancies**

Mr. Cohen has a claim against the Board for intentional interference with contractual and/or business expectancies.  "A prima facie case of intentional interference requires: (1) existence of a valid contractual relationship or business expectancy, (2) knowledge of the relationship on the part of the interferor, (3) intentional interference inducing or causing a breach, (4) resultant damage to the party whose relationship has been disrupted, and (5) that the defendant acted improperly." *NCWC Inc. v. CarGuard Admin. Inc.*, No. CV-20-01588-PHX-DWL, 2022 WL 11255651, at *4 (D. Ariz. Oct. 19, 2022)(punctuation omitted).

Upon information and belief, the Board has taken efforts to sabotage Mr. Cohen's contractual and/or business expectancies with prospective employers by knowingly communicating defamatory information about Mr. Cohen to them. As a result, the employers have either rescinded job offers or declined to hire Mr. Cohen. The Board had acted improperly and had no legitimate basis for engaging in such conduct. The Board has materially damaged Mr. Cohen's reputation, leading him to remain unemployed.

**III.   Damages**

If forced to take legal action, Mr. Cohen will be entitled to recover lost wages, lost benefits, damages for emotional distress and harm to his reputation, punitive damages, attorney's fees, costs, etc.

**IV.   Demand**

Mr. Cohen's claims may be resolved for $950,000.

Sincerely,

**JABURG & WILK, P.C.**

Alden A. Thomas

AAT:jjb

cc:    Eli Cohen

# EXHIBIT 1.4

# DAVID POTTS

| | |
|---|---|
| **From:** | Joy J. Brown <jjb@jaburgwilk.com> |
| **Sent:** | Friday, July 7, 2023 7:53 PM |
| **To:** | DAVID POTTS |
| **Cc:** | Alden A. Thomas |
| **Subject:** | FW: Eli Cohen adv. FALA, et. al.: Notice of Claim - Acceptance of Service |
| **Attachments:** | Attachments.html; Cohen, Eli - Acceptance of Service of Notice of Claim.DOCX; FALA - Undelivered Mail re Edgerton 7-7-23.pdf; FALA website screenshot - Governance - Board Members page - Edgerton as of 7-7-23.pdf |
| **Importance:** | High |

**[External Sender]** This email originated from outside of Jones, Skelton & Hochuli. Do not reply, click any links or open attachments unless you recognize the sender, and know the content is safe.

Hello Mr. Potts – per your agreement with Alden Thomas, attached is an Acceptance of Service of Notice of Claim on behalf of current Board members of Flagstaff Arts and Leadership Academy regarding Eli Cohen's Notice of Claim sent today.

NOTE  – I received an "Undelivered Mail" message regarding non-delivery of the email sent at 7:25 pm today with the Notice of Claim to Board Member Debra Edgerton at dedgerton@flagarts.com.  The message indicates "The email account you tried to reach does not exist."  See attached.

I checked the FALA website Governance page and Ms. Edgerton is listed as a Board Member with email address dedgerton@flagarts.com as of 7:32 pm today 7/7/23 – see attached screenshot of web page.

Please confirm Ms. Edgerton's Board Member status and email address and advise.

Thank you.



**Joy J. Brown** | Jaburg Wilk
**Legal Assistant** to Aaron K. Haar and Alden A. Thomas
3200 North Central Avenue, Suite 2000 | Phoenix, Arizona 85012
Direct:  602.248.1085 | Main:  602.248.1000 | Fax:  602.248.0522
Email:  jjb@jaburgwilk.com |  www.jaburgwilk.com

This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602)248-1000, or via e-mail, and delete this message and all attachments thereto.

**From:** Joy J. Brown
**Sent:** Friday, July 7, 2023 7:25 PM
**To:** David C. Potts (dpotts@jshfirm.com) <DPotts@jshfirm.com>; Andy Bessler (abessler@flagarts.com) <abessler@flagarts.com>; Kyle Winfree (kwinfree@flagarts.com) <kwinfree@flagarts.com>; Jim Burton (jburton@flagarts.com) <jburton@flagarts.com>; Isaac Hayes (ihayes@flagarts.com) <ihayes@flagarts.com>; Debra Edgerton (dedgerton@flagarts.com) <dedgerton@flagarts.com>
**Cc:** Alden A. Thomas <aat@jaburgwilk.com>; Shelley Coffey (SCoffey@Jshfirm.com) <SCoffey@Jshfirm.com>
**Subject:** FW: Eli Cohen adv. FALA, et. al.: Notice of Claim

Hello Mr. Potts and FALA Board Members,

Per attorney Alden Thomas, attached is a PDF of Eli Cohen's Notice of Claim with Exhibits 1-14.

Mr. Potts has indicated to Ms. Thomas that he has been authorized to accept service on behalf of all current FALA Board members.

We are sending the attachments via Citrix/Sharefile as the Notice of Claim with Exhibits is a larger PDF (12 MB).  Citrix/Sharefile will require your name and email address to access and download.



Thank you.



**Joy J. Brown** | Jaburg Wilk
**Legal Assistant** to Aaron K. Haar and Alden A. Thomas
3200 North Central Avenue, Suite 2000 | Phoenix, Arizona 85012
Direct:  602.248.1085 | Main:  602.248.1000 | Fax:  602.248.0522
Email:  jjb@jaburgwilk.com |  www.jaburgwilk.com

This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602)248-1000, or via e-mail, and delete this message and all attachments thereto.

**From:** Alden A. Thomas <aat@jaburgwilk.com>
**Sent:** Monday, June 26, 2023 9:30 AM

**To:** Joy J. Brown <jjb@jaburgwilk.com>
**Subject:** FW: Eli Cohen adv. FALA, et. al.: Notice of Claim

---

**From:** DAVID POTTS <DPotts@JSHFIRM.COM>
**Sent:** Monday, June 26, 2023 9:29:19 AM (UTC-07:00) Arizona
**To:** Alden A. Thomas <aat@jaburgwilk.com>
**Cc:** Shelley Coffey <SCoffey@Jshfirm.com>; Laura A. Underwood <lau@jaburgwilk.com>
**Subject:** RE: Eli Cohen adv. FALA, et. al.: Notice of Claim

Alden, in reviewing this, I want to make sure I'm clear: I can accept service for any *current* Board members. You mentioned James Yih, for example – he isn't on the Board at this point.

Sincerely,

David

---

**From:** DAVID POTTS
**Sent:** Thursday, June 22, 2023 1:04 PM
**To:** Alden A. Thomas <aat@jaburgwilk.com>
**Cc:** Shelley Coffey <SCoffey@Jshfirm.com>; Laura A. Underwood <lau@jaburgwilk.com>
**Subject:** RE: Eli Cohen adv. FALA, et. al.: Notice of Claim

Alden,

I have authority to accept service on behalf of the Board and FALA itself. I do not have authority to accept service for any individually identified employees. Let me know how you intend to proceed.

Sincerely,

David

---

**From:** Alden A. Thomas <aat@jaburgwilk.com>
**Sent:** Wednesday, June 14, 2023 10:01 AM
**To:** DAVID POTTS <DPotts@JSHFIRM.COM>
**Cc:** Shelley Coffey <SCoffey@Jshfirm.com>; Laura A. Underwood <lau@jaburgwilk.com>
**Subject:** RE: Eli Cohen adv. FALA, et. al.: Notice of Claim

**[External Sender]** This email originated from outside of Jones, Skelton & Hochuli. Do not reply, click any links or open attachments unless you recognize the sender, and know the content is safe.

Hi David,

Unless we hear back from you this week, we will assume you are not authorized to accept service and proceed accordingly.

Best,



### Alden A. Thomas
**Partner | Jaburg Wilk**
👤 602.248.1010 | ✉ aat@jaburgwilk.com

---

**From:** Alden A. Thomas
**Sent:** Wednesday, May 31, 2023 12:13 PM
**To:** DAVID POTTS <DPotts@JSHFIRM.COM>
**Cc:** Joy J. Brown <jjb@jaburgwilk.com>; Shelley Coffey <SCoffey@Jshfirm.com>
**Subject:** RE: Eli Cohen adv. FALA, et. al.: Notice of Claim

Hi David,

I am following up on this. When do you anticipate being able to get back to me on whether you are authorized to accept service?

Best,



### Alden A. Thomas
**Partner | Jaburg Wilk**
👤 602.248.1010 | ✉ aat@jaburgwilk.com

---

**From:** DAVID POTTS <DPotts@JSHFIRM.COM>
**Sent:** Friday, May 19, 2023 3:29 PM
**To:** Alden A. Thomas <aat@jaburgwilk.com>
**Cc:** Joy J. Brown <jjb@jaburgwilk.com>; Shelley Coffey <SCoffey@Jshfirm.com>
**Subject:** RE: Eli Cohen adv. FALA, et. al.: Notice of Claim


Alden,

Let me confirm that I am authorized to accept service of the notice of claim (there may be some need for Board action regarding that), but I expect the answer will be yes. I will get back to you as soon as possible on that question.

Sincerely,

David

---

**From:** Alden A. Thomas <aat@jaburgwilk.com>
**Sent:** Friday, May 19, 2023 3:27 PM
**To:** DAVID POTTS <DPotts@JSHFIRM.COM>
**Cc:** Joy J. Brown <jjb@jaburgwilk.com>
**Subject:** Eli Cohen adv. FALA, et. al.: Notice of Claim

**[External Sender]** This email originated from outside of Jones, Skelton & Hochuli. Do not reply, click any links or open attachments unless you recognize the sender, and know the content is safe.

Hi David,

Our firm represents Eli Cohen, the former Executive Director of Flagstaff Arts & Leadership Academy ("FALA"). Mr. Cohen will be submitting a notice of claim against FALA, its Board of Directors (which consists of Kyle Winfree, Andy Bessler, Isaac Hayes, Debra Edgerton, James Yih, and Jim Burton), and current/former FALA employees Jason Crawley, Alison Gruber, Jonathan McIntyre, and Kara Kelty.

As you represent FALA in other employment disputes, I'm reaching out to inquire whether you are authorized to accept service of the notice of claim for any and/or all the parties listed above. Please advise ASAP so that Mr. Cohen can make arrangements to serve any parties for whom you are not authorized to accept service.

Should you have any questions, please do not hesitate to contact me.

Thank you,



**Alden A. Thomas**
**Partner** | Jaburg Wilk
3200 North Central Avenue, Suite 2000 | Phoenix, Arizona 85012
602.248.1010 | 602.248.1000 | 602.248.0522
Bio Page | aat@jaburgwilk.com | www.jaburgwilk.com

This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602)248-1000, or via e-mail, and delete this message and all attachments thereto.

This electronic mail transmission contains information from the law firm Jones, Skelton & Hochuli, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (602) 263-1700. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

This electronic mail transmission contains information from the law firm Jones, Skelton & Hochuli, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (602) 263-1700. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

# EXHIBIT 1.5

**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Alden A. Thomas (031900)
aat@jaburgwilk.com
Corrinne R. Viola (033386)
crv@jaburgwilk.com

*Attorneys for Claimant Eli Cohen*

| | |
|---|---|
| Eli Cohen, | |
| Claimant, | **ACCEPTANCE OF SERVICE OF NOTICE OF CLAIM** |
| v. | |
| Flagstaff Arts and Leadership Academy and its Board of Directors; Andy Bessler; Dr. Kyle Winfree; Jim Burton; Debra Edgerton; and Isaac Hayes, | |
| Respondents. | |

I, David C. Potts, of the law firm of Jones Skelton & Hochuli, P.L.C., state as follows:

I have been retained as counsel in this matter for Flagstaff Arts and Leadership Academy ("FALA") and its Board of Directors (the "Board"), including individual Board members:

Andy Bessler, Board President

Dr. Kyle Winfree, Board Vice President

Jim Burton, Treasurer

Isaac Hayes, Board Secretary

Debra Edgerton, Board Member

(collectively, "Respondents"), and am authorized to sign this Acceptance of Service on behalf of the Respondents.

1       Pursuant to Ariz. R. Civ. P. 4(f), I hereby accept service of the Notice of Claim

2  dated July 7th, 2023 directed to the Respondents, effective as of July 10th, 2023, and

3  agree that this action may proceed as though Respondents have all been personally

4  served on that date.

5

6       DATED this _____ day of July, 2023.

7

8                        **Jones Skelton & Hochuli, P.L.C.**

9

10

                         _____

11                         David C. Potts
                         40 North Central Avenue, Suite 2700

12                         Phoenix, Arizona  85004

13                         *Attorneys for Respondents*

14

15

16  **COPY** of the foregoing emailed
    this _____ day of July, 2023, to:

17

18  Alden A. Thomas
    Corrinne R. Viola

19  Jaburg & Wilk, P.C.
    3200 N. Central Avenue, 20th Floor

20  Phoenix, AZ 85012

21  aat@jaburgwilk.com
    crv@jaburgwilk.com

22

    *Attorneys for Claimant Eli Cohen*

23

24

    */s/* _____

25

26

27

28

                         2

**JABURG WILK**
LAW FIRM

# EXHIBIT 1.6

## DAVID POTTS

| | |
|---|---|
| **From:** | DAVID POTTS |
| **Sent:** | Monday, August 7, 2023 5:14 PM |
| **To:** | Alden A. Thomas |
| **Cc:** | Joy J. Brown; Shelley Coffey |
| **Subject:** | RE: Eli Cohen adv. FALA, et. al.: Notice of Claim - Acceptance of Service |

Alden,

We need to revise the language in the acceptance of the notice of claim. When I informed you that we could accept service of the notice of claim back on June 22, 2023, the Board was comprised of the individuals listed in the Notice of Claim. However, on July 5, 2023, Deb Edgerton and Kyle Winfree left the FALA Board and were replaced by Elise Vicente and Sanjam Ahluwalia, and the Notice of Claim was not sent until after that date. As a result, while I still have authority to accept service on behalf of the Board, those two need to be added and Deb Edgerton and Kyle Winfree need to be removed from the acceptance of service.

If you can make that correction and send me back a PDF of the acceptance of service, I will execute.

Thanks!

David

---

**From:** Alden A. Thomas <aat@jaburgwilk.com>
**Sent:** Tuesday, August 1, 2023 9:40 AM
**To:** DAVID POTTS <DPotts@JSHFIRM.COM>
**Cc:** Joy J. Brown <jjb@jaburgwilk.com>
**Subject:** FW: Eli Cohen adv. FALA, et. al.: Notice of Claim - Acceptance of Service
**Importance:** High

> **[External Sender]** This email originated from outside of Jones, Skelton & Hochuli. Do not reply, click any links or open attachments unless you recognize the sender, and know the content is safe.

Hi David

Please advise when you will be sending this back to us. We sent it to you nearly a month ago.

Thanks.



**Alden A. Thomas**
Partner | Jaburg Wilk
602.248.1010 | aat@jaburgwilk.com

---

**From:** Alden A. Thomas
**Sent:** Monday, July 24, 2023 1:25 PM
**To:** DAVID POTTS <DPotts@JSHFIRM.COM>
**Cc:** Joy J. Brown <jjb@jaburgwilk.com>

**Subject:** FW: Eli Cohen adv. FALA, et. al.: Notice of Claim - Acceptance of Service
**Importance:** High

Hi David,

When will you be able to return this to us?

Additionally, I would like to schedule a call to discuss whether FALA is interested in discussing a resolution on Ms. Botti and Ms. Wolfe's claims. If not, we will be filing suit.

Best,



**Alden A. Thomas**
Partner | Jaburg Wilk
602.248.1010 | aat@jaburgwilk.com

**From:** Joy J. Brown <jjb@jaburgwilk.com>
**Sent:** Friday, July 7, 2023 7:53 PM
**To:** David C. Potts (dpotts@jshfirm.com) <DPotts@jshfirm.com>
**Cc:** Alden A. Thomas <aat@jaburgwilk.com>
**Subject:** FW: Eli Cohen adv. FALA, et. al.: Notice of Claim - Acceptance of Service
**Importance:** High

Hello Mr. Potts – per your agreement with Alden Thomas, attached is an Acceptance of Service of Notice of Claim on behalf of current Board members of Flagstaff Arts and Leadership Academy regarding Eli Cohen's Notice of Claim sent today.

NOTE  – I received an "Undelivered Mail" message regarding non-delivery of the email sent at 7:25 pm today with the Notice of Claim to Board Member Debra Edgerton at dedgerton@flagarts.com.  The message indicates "The email account you tried to reach does not exist."  See attached.

I checked the FALA website Governance page and Ms. Edgerton is listed as a Board Member with email address dedgerton@flagarts.com as of 7:32 pm today 7/7/23 – see attached screenshot of web page.

Please confirm Ms. Edgerton's Board Member status and email address and advise.

Thank you.



**Joy J. Brown** | Jaburg Wilk

**Legal Assistant** to Aaron K. Haar and Alden A. Thomas
3200 North Central Avenue, Suite 2000 | Phoenix, Arizona 85012
Direct:  602.248.1085 | Main:  602.248.1000 | Fax:  602.248.0522
Email:  jjb@jaburgwilk.com |  www.jaburgwilk.com

---

This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602)248-1000, or via e-mail, and delete this message and all attachments thereto.

---

**From:** Joy J. Brown
**Sent:** Friday, July 7, 2023 7:25 PM
**To:** David C. Potts (dpotts@jshfirm.com) <DPotts@jshfirm.com>; Andy Bessler (abessler@flagarts.com) <abessler@flagarts.com>; Kyle Winfree (kwinfree@flagarts.com) <kwinfree@flagarts.com>; Jim Burton (jburton@flagarts.com) <jburton@flagarts.com>; Isaac Hayes (ihayes@flagarts.com) <ihayes@flagarts.com>; Debra Edgerton (dedgerton@flagarts.com) <dedgerton@flagarts.com>
**Cc:** Alden A. Thomas <aat@jaburgwilk.com>; Shelley Coffey (SCoffey@Jshfirm.com) <SCoffey@Jshfirm.com>
**Subject:** FW: Eli Cohen adv. FALA, et. al.: Notice of Claim

Hello Mr. Potts and FALA Board Members,

Per attorney Alden Thomas, attached is a PDF of Eli Cohen's Notice of  Claim with Exhibits 1-14.

Mr. Potts has indicated to Ms. Thomas that he has been authorized to accept service on behalf of all current FALA Board members.

We are sending the attachments via Citrix/Sharefile as the Notice of Claim with Exhibits is a larger PDF (12 MB).  Citrix/Sharefile will require your name and email address to access and download.

| Citrix Attachments | Expires January 3, 2024 |
| --- | --- |
| Cohen, Eli - Notice of Claim 7-7-23.pdf | 12.1 MB |

**Download Attachments**

Joy Brown uses Citrix Files to share documents securely.

Thank you.



**Joy J. Brown** | Jaburg Wilk

**Legal Assistant** to Aaron K. Haar and Alden A. Thomas

3200 North Central Avenue, Suite 2000 | Phoenix, Arizona 85012

Direct:  602.248.1085 | Main:  602.248.1000 | Fax:  602.248.0522

Email:  jjb@jaburgwilk.com |  www.jaburgwilk.com

This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602)248-1000, or via e-mail, and delete this message and all attachments thereto.

**From:** Alden A. Thomas <aat@jaburgwilk.com>
**Sent:** Monday, June 26, 2023 9:30 AM
**To:** Joy J. Brown <jjb@jaburgwilk.com>
**Subject:** FW: Eli Cohen adv. FALA, et. al.: Notice of Claim

---

**From:** DAVID POTTS <DPotts@JSHFIRM.COM>
**Sent:** Monday, June 26, 2023 9:29:19 AM (UTC-07:00) Arizona
**To:** Alden A. Thomas <aat@jaburgwilk.com>
**Cc:** Shelley Coffey <SCoffey@Jshfirm.com>; Laura A. Underwood <lau@jaburgwilk.com>
**Subject:** RE: Eli Cohen adv. FALA, et. al.: Notice of Claim

Alden, in reviewing this, I want to make sure I'm clear: I can accept service for any *current* Board members. You mentioned James Yih, for example – he isn't on the Board at this point.

Sincerely,

David

---

**From:** DAVID POTTS
**Sent:** Thursday, June 22, 2023 1:04 PM
**To:** Alden A. Thomas <aat@jaburgwilk.com>
**Cc:** Shelley Coffey <SCoffey@Jshfirm.com>; Laura A. Underwood <lau@jaburgwilk.com>
**Subject:** RE: Eli Cohen adv. FALA, et. al.: Notice of Claim

Alden,

I have authority to accept service on behalf of the Board and FALA itself. I do not have authority to accept service for any individually identified employees. Let me know how you intend to proceed.

Sincerely,

David

---

**From:** Alden A. Thomas <aat@jaburgwilk.com>
**Sent:** Wednesday, June 14, 2023 10:01 AM
**To:** DAVID POTTS <DPotts@JSHFIRM.COM>

4

**Cc:** Shelley Coffey <SCoffey@Jshfirm.com>; Laura A. Underwood <lau@jaburgwilk.com>
**Subject:** RE: Eli Cohen adv. FALA, et. al.: Notice of Claim

> **[External Sender]** This email originated from outside of Jones, Skelton & Hochuli. Do not reply, click any links or open attachments unless you recognize the sender, and know the content is safe.

Hi David,

Unless we hear back from you this week, we will assume you are not authorized to accept service and proceed accordingly.

Best,



**Alden A. Thomas**
Partner | Jaburg Wilk
602.248.1010 | aat@jaburgwilk.com

---

**From:** Alden A. Thomas
**Sent:** Wednesday, May 31, 2023 12:13 PM
**To:** DAVID POTTS <DPotts@JSHFIRM.COM>
**Cc:** Joy J. Brown <jjb@jaburgwilk.com>; Shelley Coffey <SCoffey@Jshfirm.com>
**Subject:** RE: Eli Cohen adv. FALA, et. al.: Notice of Claim

Hi David,

I am following up on this. When do you anticipate being able to get back to me on whether you are authorized to accept service?

Best,



**Alden A. Thomas**
Partner | Jaburg Wilk
602.248.1010 | aat@jaburgwilk.com

---

**From:** DAVID POTTS <DPotts@JSHFIRM.COM>
**Sent:** Friday, May 19, 2023 3:29 PM
**To:** Alden A. Thomas <aat@jaburgwilk.com>
**Cc:** Joy J. Brown <jjb@jaburgwilk.com>; Shelley Coffey <SCoffey@Jshfirm.com>
**Subject:** RE: Eli Cohen adv. FALA, et. al.: Notice of Claim

Alden,

Let me confirm that I am authorized to accept service of the notice of claim (there may be some need for Board action regarding that), but I expect the answer will be yes. I will get back to you as soon as possible on that question.

Sincerely,

David

---

**From:** Alden A. Thomas <aat@jaburgwilk.com>
**Sent:** Friday, May 19, 2023 3:27 PM
**To:** DAVID POTTS <DPotts@JSHFIRM.COM>
**Cc:** Joy J. Brown <jjb@jaburgwilk.com>
**Subject:** Eli Cohen adv. FALA, et. al.: Notice of Claim

> **[External Sender]** This email originated from outside of Jones, Skelton & Hochuli. Do not reply, click any links or open attachments unless you recognize the sender, and know the content is safe.

Hi David,

Our firm represents Eli Cohen, the former Executive Director of Flagstaff Arts & Leadership Academy ("FALA"). Mr. Cohen will be submitting a notice of claim against FALA, its Board of Directors (which consists of Kyle Winfree, Andy Bessler, Isaac Hayes, Debra Edgerton, James Yih, and Jim Burton), and current/former FALA employees Jason Crawley, Alison Gruber, Jonathan McIntyre, and Kara Kelty.

As you represent FALA in other employment disputes, I'm reaching out to inquire whether you are authorized to accept service of the notice of claim for any and/or all the parties listed above. Please advise ASAP so that Mr. Cohen can make arrangements to serve any parties for whom you are not authorized to accept service.

Should you have any questions, please do not hesitate to contact me.

Thank you,



### Alden A. Thomas
Partner | Jaburg Wilk

📍 3200 North Central Avenue, Suite 2000 | Phoenix, Arizona 85012
📞 602.248.1010 | 📞 602.248.1000 | 📠 602.248.0522
Bio Page | ✉ aat@jaburgwilk.com | 🌐 www.jaburgwilk.com



This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602)248-1000, or via e-mail, and delete this message and all attachments thereto.

This electronic mail transmission contains information from the law firm Jones, Skelton & Hochuli, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (602) 263-1700. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S.

federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.


This electronic mail transmission contains information from the law firm Jones, Skelton & Hochuli, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (602) 263-1700. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

# EXHIBIT 1.7

## DAVID POTTS

| | |
|---|---|
| **From:** | Alden A. Thomas <aat@jaburgwilk.com> |
| **Sent:** | Thursday, December 7, 2023 10:46 AM |
| **To:** | DAVID POTTS |
| **Cc:** | Joy J. Brown |
| **Subject:** | RE: Eli Cohen adv. FALA, et. al.: Notice of Claim - Acceptance of Service |
| **Attachments:** | Cohen, Eli - Acceptance of Service of Notice of Claim.DOCX; FALA - Undelivered Mail re Edgerton 7-7-23.pdf; FALA website screenshot - Governance - Board Members page - Edgerton as of 7-7-23.pdf |

> **[External Sender]** This email originated from outside of Jones, Skelton & Hochuli. Do not reply, click any links or open attachments unless you recognize the sender, and know the content is safe.

Hi David,

We never received the acceptance of service back from you. Given that you represented you were authorized to accept service, we maintain your clients have been properly served. Please return the acceptance to us ASAP. We are moving forward with filing suit.

Best,

 **Alden A. Thomas**
Partner | Jaburg Wilk
602.248.1010 | aat@jaburgwilk.com



**From:** Alden A. Thomas
**Sent:** Tuesday, August 1, 2023 9:40 AM
**To:** DAVID POTTS <DPotts@JSHFIRM.COM>
**Cc:** Joy J. Brown <jjb@jaburgwilk.com>
**Subject:** FW: Eli Cohen adv. FALA, et. al.: Notice of Claim - Acceptance of Service
**Importance:** High

Hi David

Please advise when you will be sending this back to us. We sent it to you nearly a month ago.

Thanks.

 **Alden A. Thomas**
Partner | Jaburg Wilk
602.248.1010 | aat@jaburgwilk.com

**From:** Alden A. Thomas
**Sent:** Monday, July 24, 2023 1:25 PM
**To:** DAVID POTTS <DPotts@JSHFIRM.COM>

**Cc:** Joy J. Brown <jjb@jaburgwilk.com>
**Subject:** FW: Eli Cohen adv. FALA, et. al.: Notice of Claim - Acceptance of Service
**Importance:** High

Hi David,

When will you be able to return this to us?

Additionally, I would like to schedule a call to discuss whether FALA is interested in discussing a resolution on Ms. Botti and Ms. Wolfe's claims. If not, we will be filing suit.

Best,



**Alden A. Thomas**
Partner | Jaburg Wilk
602.248.1010 | aat@jaburgwilk.com

---

**From:** Joy J. Brown <jjb@jaburgwilk.com>
**Sent:** Friday, July 7, 2023 7:53 PM
**To:** David C. Potts (dpotts@jshfirm.com) <DPotts@jshfirm.com>
**Cc:** Alden A. Thomas <aat@jaburgwilk.com>
**Subject:** FW: Eli Cohen adv. FALA, et. al.: Notice of Claim - Acceptance of Service
**Importance:** High

Hello Mr. Potts – per your agreement with Alden Thomas, attached is an Acceptance of Service of Notice of Claim on behalf of current Board members of Flagstaff Arts and Leadership Academy regarding Eli Cohen's Notice of Claim sent today.

NOTE  – I received an "Undelivered Mail" message regarding non-delivery of the email sent at 7:25 pm today with the Notice of Claim to Board Member Debra Edgerton at dedgerton@flagarts.com.  The message indicates "The email account you tried to reach does not exist."  See attached.

I checked the FALA website Governance page and Ms. Edgerton is listed as a Board Member with email address dedgerton@flagarts.com as of 7:32 pm today 7/7/23 – see attached screenshot of web page.

Please confirm Ms. Edgerton's Board Member status and email address and advise.

Thank you.



**Joy J. Brown** | Jaburg Wilk

**Legal Assistant** to Aaron K. Haar and Alden A. Thomas
3200 North Central Avenue, Suite 2000 | Phoenix, Arizona 85012
Direct: 602.248.1085 | Main: 602.248.1000 | Fax: 602.248.0522
Email: jjb@jaburgwilk.com | www.jaburgwilk.com

This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602)248-1000, or via e-mail, and delete this message and all attachments thereto.

**From:** Joy J. Brown
**Sent:** Friday, July 7, 2023 7:25 PM
**To:** David C. Potts ([dpotts@jshfirm.com](mailto:dpotts@jshfirm.com)) <[DPotts@jshfirm.com](mailto:DPotts@jshfirm.com)>; Andy Bessler ([abessler@flagarts.com](mailto:abessler@flagarts.com)) <[abessler@flagarts.com](mailto:abessler@flagarts.com)>; Kyle Winfree ([kwinfree@flagarts.com](mailto:kwinfree@flagarts.com)) <[kwinfree@flagarts.com](mailto:kwinfree@flagarts.com)>; Jim Burton ([jburton@flagarts.com](mailto:jburton@flagarts.com)) <[jburton@flagarts.com](mailto:jburton@flagarts.com)>; Isaac Hayes ([ihayes@flagarts.com](mailto:ihayes@flagarts.com)) <[ihayes@flagarts.com](mailto:ihayes@flagarts.com)>; Debra Edgerton ([dedgerton@flagarts.com](mailto:dedgerton@flagarts.com)) <[dedgerton@flagarts.com](mailto:dedgerton@flagarts.com)>
**Cc:** Alden A. Thomas <[aat@jaburgwilk.com](mailto:aat@jaburgwilk.com)>; Shelley Coffey ([SCoffey@Jshfirm.com](mailto:SCoffey@Jshfirm.com)) <[SCoffey@Jshfirm.com](mailto:SCoffey@Jshfirm.com)>
**Subject:** FW: Eli Cohen adv. FALA, et. al.: Notice of Claim

Hello Mr. Potts and FALA Board Members,

Per attorney Alden Thomas, attached is a PDF of Eli Cohen's Notice of Claim with Exhibits 1-14.

Mr. Potts has indicated to Ms. Thomas that he has been authorized to accept service on behalf of all current FALA Board members.

We are sending the attachments via Citrix/Sharefile as the Notice of Claim with Exhibits is a larger PDF (12 MB).  Citrix/Sharefile will require your name and email address to access and download.

| Citrix Attachments | Expires January 3, 2024 |
| --- | --- |
| Cohen, Eli - Notice of Claim 7-7-23.pdf | 12.1 MB |
| **Download Attachments** | |
| Joy Brown uses Citrix Files to share documents securely. | |

Thank you.



**Joy J. Brown** | Jaburg Wilk

**Legal Assistant** to Aaron K. Haar and Alden A. Thomas
3200 North Central Avenue, Suite 2000 | Phoenix, Arizona 85012
Direct:  602.248.1085 | Main:  602.248.1000 | Fax:  602.248.0522
Email:  jjb@jaburgwilk.com |  www.jaburgwilk.com

This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602)248-1000, or via e-mail, and delete this message and all attachments thereto.

**From:** Alden A. Thomas <aat@jaburgwilk.com>
**Sent:** Monday, June 26, 2023 9:30 AM
**To:** Joy J. Brown <jjb@jaburgwilk.com>
**Subject:** FW: Eli Cohen adv. FALA, et. al.: Notice of Claim

**From:** DAVID POTTS <DPotts@JSHFIRM.COM>
**Sent:** Monday, June 26, 2023 9:29:19 AM (UTC-07:00) Arizona
**To:** Alden A. Thomas <aat@jaburgwilk.com>
**Cc:** Shelley Coffey <SCoffey@Jshfirm.com>; Laura A. Underwood <lau@jaburgwilk.com>
**Subject:** RE: Eli Cohen adv. FALA, et. al.: Notice of Claim

Alden, in reviewing this, I want to make sure I'm clear: I can accept service for any *current* Board members. You mentioned James Yih, for example – he isn't on the Board at this point.

Sincerely,

David

**From:** DAVID POTTS
**Sent:** Thursday, June 22, 2023 1:04 PM
**To:** Alden A. Thomas <aat@jaburgwilk.com>
**Cc:** Shelley Coffey <SCoffey@Jshfirm.com>; Laura A. Underwood <lau@jaburgwilk.com>
**Subject:** RE: Eli Cohen adv. FALA, et. al.: Notice of Claim

Alden,

I have authority to accept service on behalf of the Board and FALA itself. I do not have authority to accept service for any individually identified employees. Let me know how you intend to proceed.

Sincerely,

David

**From:** Alden A. Thomas <aat@jaburgwilk.com>
**Sent:** Wednesday, June 14, 2023 10:01 AM
**To:** DAVID POTTS <DPotts@JSHFIRM.COM>

4

**Cc:** Shelley Coffey <SCoffey@Jshfirm.com>; Laura A. Underwood <lau@jaburgwilk.com>
**Subject:** RE: Eli Cohen adv. FALA, et. al.: Notice of Claim

> **[External Sender]** This email originated from outside of Jones, Skelton & Hochuli. Do not reply, click any links or open attachments unless you recognize the sender, and know the content is safe.

Hi David,

Unless we hear back from you this week, we will assume you are not authorized to accept service and proceed accordingly.

Best,

 **Alden A. Thomas**
Partner | Jaburg Wilk
602.248.1010 | aat@jaburgwilk.com

---

**From:** Alden A. Thomas
**Sent:** Wednesday, May 31, 2023 12:13 PM
**To:** DAVID POTTS <DPotts@JSHFIRM.COM>
**Cc:** Joy J. Brown <jjb@jaburgwilk.com>; Shelley Coffey <SCoffey@Jshfirm.com>
**Subject:** RE: Eli Cohen adv. FALA, et. al.: Notice of Claim

Hi David,

I am following up on this. When do you anticipate being able to get back to me on whether you are authorized to accept service?

Best,

 **Alden A. Thomas**
Partner | Jaburg Wilk
602.248.1010 | aat@jaburgwilk.com

---

**From:** DAVID POTTS <DPotts@JSHFIRM.COM>
**Sent:** Friday, May 19, 2023 3:29 PM
**To:** Alden A. Thomas <aat@jaburgwilk.com>
**Cc:** Joy J. Brown <jjb@jaburgwilk.com>; Shelley Coffey <SCoffey@Jshfirm.com>
**Subject:** RE: Eli Cohen adv. FALA, et. al.: Notice of Claim


Alden,

Let me confirm that I am authorized to accept service of the notice of claim (there may be some need for Board action regarding that), but I expect the answer will be yes. I will get back to you as soon as possible on that question.

Sincerely,

David

---

**From:** Alden A. Thomas <aat@jaburgwilk.com>
**Sent:** Friday, May 19, 2023 3:27 PM
**To:** DAVID POTTS <DPotts@JSHFIRM.COM>
**Cc:** Joy J. Brown <jjb@jaburgwilk.com>
**Subject:** Eli Cohen adv. FALA, et. al.: Notice of Claim

> **[External Sender]** This email originated from outside of Jones, Skelton & Hochuli. Do not reply, click any links or open attachments unless you recognize the sender, and know the content is safe.

Hi David,

Our firm represents Eli Cohen, the former Executive Director of Flagstaff Arts & Leadership Academy ("FALA"). Mr. Cohen will be submitting a notice of claim against FALA, its Board of Directors (which consists of Kyle Winfree, Andy Bessler, Isaac Hayes, Debra Edgerton, James Yih, and Jim Burton), and current/former FALA employees Jason Crawley, Alison Gruber, Jonathan McIntyre, and Kara Kelty.

As you represent FALA in other employment disputes, I'm reaching out to inquire whether you are authorized to accept service of the notice of claim for any and/or all the parties listed above. Please advise ASAP so that Mr. Cohen can make arrangements to serve any parties for whom you are not authorized to accept service.

Should you have any questions, please do not hesitate to contact me.

Thank you,





**Alden A. Thomas**
Partner | Jaburg Wilk
3200 North Central Avenue, Suite 2000 | Phoenix, Arizona 85012
602.248.1010 | 602.248.1000 | 602.248.0522
Bio Page | aat@jaburgwilk.com | www.jaburgwilk.com

This communication is intended only for the individual or entity to whom it is directed. It may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Dissemination, distribution, or copying of this communication by anyone other than the intended recipient, or a duly designated employee or agent of such recipient, is prohibited. If you have received this communication in error, please notify us immediately by telephone at (602)248-1000, or via e-mail, and delete this message and all attachments thereto.

This electronic mail transmission contains information from the law firm Jones, Skelton & Hochuli, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (602) 263-1700. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S.

federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

This electronic mail transmission contains information from the law firm Jones, Skelton & Hochuli, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (602) 263-1700. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.